IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ballentine, Melvin | Case Number: 04 B 22463 |
| | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 6/14/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 24, 2008
Confirmed: August 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,395.00 | |
| Secured: | | 8,364.87 |
| Unsecured: | | 850.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 619.25 |
| Other Funds: | | 60.88 |
| Totals: | 11,395.00 | 11,395.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Moulton & Associates | Administrative | 1,500.00 | 1,500.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Great Lakes Bank NA | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 8,364.87 | 8,364.87 |
| 5. | Washington Mutual | Unsecured | 350.00 | 350.00 |
| 6. | Washington Mutual | Unsecured | 500.00 | 500.00 |
| 7. | First National Bank Of Blue Island | Secured | | No Claim Filed |
| | | | $ 10,714.87 | $ 10,714.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 111.79 |
| 4% | 25.37 |
| 3% | 19.68 |
| 5.5% | 105.80 |
| 5% | 32.80 |
| 4.8% | 61.90 |
| 5.4% | 222.38 |
| 6.6% | 39.53 |
| | $ 619.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ballentine, Melvin

Printed: 01/22/09

Case Number:  04 B 22463
Judge:  Hollis, Pamela S
Filed:  6/14/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

